UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Caiazzo v. Medallion Insurance__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases

    ✓ III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

    ___ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.

    ___ V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

    YES ☐    NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

    YES ☐    NO ☒

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

    YES ☐    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

    YES ☐    NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES ☒    NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☒    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

    YES ☐    NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __William D. Chapman__
ADDRESS __MELICK, PORTER & SHEA, LLP, 28 State Street, Boston, MA 02109__
TELEPHONE NO. __617-523-6200__

(CategoryForm[1].wpd - 10/17/02)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
STEPHEN D. CAIAZZO

## DEFENDANTS
THE MEDALLION INSURANCE AGENCIES, INC.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   Cape Coral, FL
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Dean Carnahan
LAW OFFICES OF DEAN CARNAHAN
126 Broadway
Arlington, MA 02474, 781-641-2825

ATTORNEYS (IF KNOWN)
William D. Chapman, BBO #551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109, 617-523-6200

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☒ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1332

Plaintiff alleges that the defendant failed to report three different insurance claims to the appropriate insurers, causing uninsured loss.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE  12-14-04

SIGNATURE OF ATTORNEY OF RECORD  *William D. Chapman*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
STEPHEN D. CAIAZZO,           *
     Plaintiff,               *
                              *
v.                            *
                              *     CIVIL ACTION NO.
THE MEDALLION INSURANCE       *
AGENCIES, INC.,               *
     Defendant.               *
                              *
* * * * * * * * * * * * * * *
```

04-12627 RCL

MAGISTRATE JUDGE Cohen

RECEIPT # 60828
AMOUNT $150
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. Tom
DATE 12/15/04

NOTICE OF REMOVAL OF THE DEFENDANT,
THE MEDALLION INSURANCE AGENCIES, INC.

The Medallion Insurance Agencies, Inc. hereby notices the removal of the above-entitled action from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Middlesex County, to this Court. The grounds for this Notice are as follows.

(1) Petitioner is the defendant in the above-entitled action.

(2) On November 24, 2004, the above-entitled action was commenced against the defendant in the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Middlesex County, and is now pending therein.

(3) On or about December 1, 2004, defendant, The Medallion Insurance Agencies, Inc., received service of the Summons and Complaint in the above-entitled

action, a copy of which is attached hereto and marked Exhibit "A".

(4) No further proceedings have been had herein in the Superior Court for Middlesex County.

(5) The plaintiff alleges that he is a resident of Cape Coral, Florida.

(7) Defendant, The Medallion Insurance Agencies, Inc., is a Massachusetts corporation with a principal place of business at 110 Florence Street, Malden, Middlesex County, Massachusetts 02148.

(8) In the plaintiff's complaint, the plaintiff alleges that the defendant failed to report three different insurance claims to the appropriate insurers, causing uninsured loss ($35,000 liability claim in 2002, loss of $234,000 in disability payments in 2001, and $25,100 in property losses at unidentified time).

(9) The amount in controversy in the above-entitled action exclusive of interest and costs, but inclusive of the statutory claim for attorneys' fees and multiple damages exceeds Seventy-Five Thousand Dollars ($75,000.00).

(10) This Court has original jurisdiction of this action based on diversity of citizenship of the parties, 28 U.S.C. 1332, and the action may be removed to this Court pursuant to 28 U.S.C. 1441(a) and (b).

(11) This petition is filed with this Court pursuant to 28 U.S.C. § 1446, within 30 days after receipt by petitioner of the summons and complaint in the above-entitled action.

WHEREFORE, petitioner, The Medallion Insurance Agencies, Inc., prays that the above-entitled action be removed from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts for Middlesex County, to this Court.

Signed under the penalties of perjury this ___14th___ day of ___December___, 2004.

The Medallion Insurance
Agencies, Inc. Inc.,

By its attorney,

_William D. Chapman_
William D. Chapman
BBO #551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

CERTIFICATE OF SERVICE

I, William D. Chapman, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Dean Carnahan
LAW OFFICES OF DEAN CARNAHAN
126 Broadway
Arlington, MA 02474

_William D. Chapman_
William D. Chapman

Date: _12-14-04_

TO PLAINTIFF'S ATT~~RNEY~~: PLEASE CIRCLE TYPE OF ACTIO~~N~~ ~~INVOLVED~~: —
TORT — MOTOR VEHICLE TORT — ~~CONTRACT~~
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

.......MIDDLESEX......., ss
      [seal]

No. 04-4690

Stephen D. Caiazzo, Plaintiff(s)

v.

The Medallion Insurance
Agencies, Inc., Defendant(s)

DEC 0 ? 2004

## SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon Dean Carnahan, Esq., Law Offices of Dean Carnahan plaintiff's attorney, whose address is 126 Broadway, Arlington, MA 02474, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at East Cambridge ................ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Cambridge
the 24th day of November
in the year of our Lord 2004,

A TRUE COPY ATTEST

*[signature]*
DEPUTY SHERIFF
Middlesex County

12/1/04
DATE OF SERVICE

*[signature]* Edward J Sullivan
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

EXHIBIT "A"

Case 1:04-cv-12627-RCL  Document 1-3  Filed 12/15/2004  Page 5 of 6
Thursday 02 of Dec 2004  axination  ->617 523  30  Page 4 of 6
DEC- 1-04 WED 5:11 PM  MEDALLION INS.  FAX NO. 617 324+7189  P. 3

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL NO.

STEPHEN D. CAIAZZO,
    Plaintiff

v.
**COMPLAINT**

THE MEDALLION INSURANCE
    AGENCIES, INC.,
    Defendant

1. The plaintiff, Stephen D. Caiazzo ("Caiazzo"), is a resident of Cape Coral, Florida.

2. The defendant, The Medallion Insurance Agencies, Inc. ("Medallion"), is a Massachusetts corporation, with offices in Malden, Middlesex County, Massachusetts.

3. At all times relevant hereto, Medallion was an insurance agent for Caiazzo for liability, property, workers compensation, disability, broad form peril and other insurance policies with various insurance companies that provided insurance coverage to Caiazzo.

4. At all times relevant hereto, Medallion had a duty to Caiazzo to forward all claims or losses of Caiazzo to the appropriate insurance company.

### COUNT I - LIABILITY CLAIM

5. Caiazzo incorporates herein by reference the allegations set forth in Paragraphs 1-4 of this Complaint as if set out in full herein.

6. A personal injury claim was asserted against Caiazzo which was pending in Court in 2002.

7. Caiazzo notified Medallion of the claim, but Medallion negligently failed to report the claim to the appropriate insurance company.

8. As a result thereof, Caiazzo was required to pay $35,000.00 to the injured party.

### COUNT II - DISABILITY POLICY

9. Caiazzo incorporates herein by reference the allegations set forth in Paragraphs 1-4 of this Complaint as if set out in full herein.

Case 1:04-cv-12627-RCL  Document 1-3  Filed 12/15/2004  Page 6 of 6
Thursday 02 of Dec 2004 axination    ->617 523  30           Page 5 of 6
DEC- 1-04 WED 5:12 PM   MEDALLION INS.        FAX NO. 617 324+7189    P. 4

10. Caiazzo was injured and became disabled in 2001 and notified Medallion of his injury and of his claim for payment under his disability insurance policy.

11. Medallion negligently failed to report the claim to the applicable insurance company causing Caiazzo to lose the disability insurance payments.

12. As a result thereof, on information and belief, Caiazzo lost about $234,000.00 in disability insurance payments.

## COUNT III – PROPERTY INSURANCE

13. Caiazzo incorporates herein by reference the allegations set forth in Paragraphs 1-4 of this Complaint as if set out in full herein.

14. Caiazzo kept personal property, acquired during his years in business, in his office and at other places inside and outside of premises known as Scuttlebutts in Salem, Massachusetts.

15. Some of Caiazzo's personal property was removed from the premises by others, who sold, transferred, kept or destroyed this personal property.

16. Caiazzo reported this loss to Medallion, but Medallion negligently failed to report the loss to the applicable insurance company.

17. As a result thereof, Caiazzo suffered losses in the amount of $25,100.00.

WHEREFORE, the plaintiff, Stephen D. Caiazzo, requests this Court to enter judgment in his favor against the defendant, the Medallion Insurance Agencies, Inc., for monetary damages, interest, costs and such additional relief as the Court deems just and reasonable under Count I, Count II and Count III of this Complaint.

By Plaintiff's Attorney,

DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
126 Broadway
Arlington, MA 02474
(781) 641-2825

Dated: November 23, 2004