UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
STEPHEN D. CAIAZZO,          *
      Plaintiff,             *
                             *
v.                           *
                             *   CIVIL ACTION NO. 04 12627 RCL
THE MEDALLION INSURANCE      *
AGENCIES, INC.,              *
      Defendant.             *
                             *
* * * * * * * * * * * * * * *
```

NOTICE OF FILING OF NOTICE OF REMOVAL

To:  Clerk's Office, Civil            Dean Carnahan
     Middlesex Superior Court         LAW OFFICES OF DEAN CARNAHAN
     40 Thorndike Street              126 Broadway
     E. Cambridge, MA 02141           Arlington, MA 02474

Please take notice that on December 14, 2004, The Medallion Insurance Agencies, Inc., the defendant in the above-entitled action, filed a notice of removal, copies of which are attached, of this action to the United States District Court for the District of Massachusetts.

You are also advised that the defendant, upon filing this notice of removal in the office of the Clerk of the United States District Court for the District of Massachusetts, also filed copies of the notice with the Clerk of the Superior Court

Department of Middlesex County, to effect removal pursuant to 28 U.S.C. §1446(e).

>The Defendant,
>By its attorney,
>
>*/s/ William D. Chapman*
>William D. Chapman, BBO #551261
>MELICK, PORTER & SHEA, LLP
>28 State Street
>Boston, MA  02109-1775
>(617) 523-6200

## CERTIFICATE OF SERVICE

I, William D. Chapman, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Dean Carnahan
>LAW OFFICES OF DEAN CARNAHAN
>126 Broadway
>Arlington, MA 02474
>
>Clerk's Office, Civil
>Middlesex Superior Court
>40 Thorndike Street
>East Cambridge, MA 02141

*/s/ William D. Chapman*
William D. Chapman

Date: 12·14·04