UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *  04 12627 RCL
                             *
STEPHEN D. CAIAZZO,          *
     Plaintiff,              *
                             *
v.                           *
                             *  CIVIL ACTION NO.
                             *
THE MEDALLION INSURANCE      *
AGENCIES, INC.,              *
     Defendant.              *
                             *
* * * * * * * * * * * * * * *
```

VERIFICATION OF NOTICE OF REMOVAL

I, William D. Chapman, being first duly sworn, say that I am counsel for the defendant, The Medallion Insurance Agencies, Inc., and that the representations made in its Notice of Removal are true to the best of my knowledge and belief.

_____
William D. Chapman

Subscribed and sworn to before me,

Notary Public, this __14th__ day of __December__, 2004.

_____
Notary Public
My Commission Expires: 8/13/10

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.