UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**04 12627 RCL**

* * * * * * * * * * * * * * * * *
\*
STEPHEN D. CAIAZZO, \*
    Plaintiff, \*
\*
v. \*
\* CIVIL ACTION NO.
THE MEDALLION INSURANCE \*
AGENCIES, INC., \*
    Defendant. \*
\*
* * * * * * * * * * * * * * * * *

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, The Medallion Insurance Agencies, Inc., in the above-captioned matter.

_____
William D. Chapman
BBO #551261
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Date: 12-14-04

I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.