UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN D. CAIAZZO,<br>    Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>    Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

To the Clerk of the above named Court:

I, Dean Carnahan, Attorney for the above named Plaintiff, state that the Complaint in which a judgment for affirmative relief is sought against the Defendant herein was filed on or about November 24, 2004, and the summons and a copy of the Complaint have been served on Defendant herein on December 1, 2004, as appears from the Officer's Return.  That the time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to M.R.Civ.P. 12(a) and F.R.Civ.P. 12(a)(1) has expired and the Defendant herein has failed to serve or file an answer or otherwise defend as to the Complaint.

    Wherefore, the Plaintiff, Stephen D. Caiazzo, makes application that the Defendant, The Medallion Insurance Agencies, Inc. be defaulted.

PDF created with pdfFactory trial version www.pdffactory.com

Dated at Arlington, Massachusetts this 10th day of January 2005.

Signed under the pains and penalties of perjury.

|  |  |
|---|---|
| | /s/ Dean Carnahan |
| | DEAN CARNAHAN |
| | BBO #074580 |
| | LAW OFFICES OF DEAN CARNAHAN |
| | 126 Broadway |
| | Arlington, MA  02474 |
| Dated:  January 10, 2005 | (781) 641-2825 |

B-2274-RFD

PDF created with pdfFactory trial version www.pdffactory.com