UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN D. CAIAZZO,<br>    Plaintiff | )<br>)<br>) |  |
| v. | )<br>)<br>) | CIVIL ACTION NO.<br>04-12627 RCL |
| THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>    Defendant | )<br>)<br>)<br>)<br>) |  |

### PLAINTIFF'S MOTION TO WITHDRAW REQEUST FOR DEFAULT

On January 10, 2005, the plaintiff, Stephen D. Caiazzo, file a request for entry of a default on the grounds that defendant had failed to file and serve an Answer to the Complaint. After this request was filed, I realized that the Answer had been filed and served. Therefore, the request for default should not be acted on or should be denied.

By Plaintiff's Attorney,

/s/ Dean Carnahan
DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
126 Broadway
Arlington, MA  02474
(781) 641-2825

Dated:  January 10, 2005

B-2274-MTW.pdf