UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * **
                              *
STEPHEN D. CAIAZZO,           *
     Plaintiff,               *
                              *
v.                            *
                              *   CIVIL ACTION NO. 04cv12627
                              *
THE MEDALLION INSURANCE       *
AGENCIES, INC.,               *
     Defendant.               *
                              *
* * * * * * * * * * * * * * **
```

NOTICE OF APPEARANCE

Pursuant to Fed. R. Civ. P. 11, please enter my appearance as counsel of record for the defendant, The Medallion Insurance Agencies, Inc., in the above-captioned matter.

/s/Kerry D. Florio
Kerry D. Florio
BBO #647489
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA  02109-1775
(617) 523-6200

Date:   1/10/05