UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,<br>　　　Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>　　　Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

## CERTIFICATION FOR JOINT STATEMENT
## FOR SCHEDULING CONFERENCE

　　　Stephen D. Caiazzo, the plaintiff in this action, and Dean Carnahan, Esquire, Attorney for the plaintiff, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - - and various alternative courses - - for the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:  January 12, 2005　　　　　　　　　　　　　/s/ Stephen D. Caiazzo_____
　　　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN D. CAIAZZO


　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dean Carnahan_____
　　　　　　　　　　　　　　　　　　　　　　　　　　DEAN CARNAHAN

B-2274-CJS

PDF created with pdfFactory trial version www.pdffactory.com