UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *   *
                                    *
STEPHEN D. CAIAZZO,                 *
      Plaintiff                     *
                                    *
v.                                  *    CIVIL ACTION NO. 1:04cv12627
                                    *
THE MEDALLION INSURANCE             *
AGENCIES, INC.,                     *
      Defendant                     *
                                    *
* * * * * * * * * *  * * * * * *  * * *
```

CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D) (3)

The defendant and his counsel certify that they have conferred regarding the items set forth in Local Rule 16.1 (D) (3) (b).

                                                      MEDALLION INSURACNCE AGENCIES, INC.

                                                      By their attorneys,

                                                      /s/ William D. Chapman
                                                      William D. Chapman, BBO#  551261
                                                      Kerry D. Florio,  BBO#  647489
                                                      MELICK, PORTER & SHEA, LLP
                                                      28 State Street
                                                      Boston, MA  02109

PDF created with pdfFactory trial version www.pdffactory.com

MEDALLION INSURANCE AGENCIES, INC.

By their authorized representative,

/s/ Joseph A. DeVincentis
Joseph A. DeVincentis
110 Florence Street
P.O. Box 367
Malden, MA  02148

B-2274-DC

PDF created with pdfFactory trial version www.pdffactory.com