UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04cv12627

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
\*
STEPHEN D. CAIAZZO, \*
\*
    Plaintiff, \*
v. \*
\*
THE MEDALLION INSURANCE \*
AGENCIES, INC., \*
\*
    Defendant. \*
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 7.1A (2) CERTIFICATE OF CONSULTATION

    Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that counsel conferred on September 21, 2005 in a good faith attempt to resolve or narrow the issues presented by the defendant's motion, but were unable to do so.

    Signed under the pains and penalties of perjury this 5th day of October, 2005.

                                    The Medallion Insurance Agencies, Inc.
                                    By its attorneys,

                                    /s/ Kerry D. Florio
                                    William D. Chapman, BBO# 551261
                                    Kerry D. Florio, BBO# 647489
                                    Melick, Porter & Shea, LLP
                                    28 State Street
                                    Boston, MA 02109
                                    (617) 523-6200