UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                *
STEPHEN D. CAIAZZO,             *
                                *
        Plaintiff,              *
v.                              *
                                *    CIVIL ACTION NO. 04-12627 RCL
                                *
THE MEDALLION INSURANCE         *
AGENCIES, INC.,                 *
        Defendant               *
                                *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The defendant, The Medallion Insurance Agencies, Inc., moves the Court pursuant to Fed. R. Civ. P. 56 for summary judgment in its favor on the plaintiff's complaint. As grounds for this motion, the defendant states that upon the undisputed facts, defendant is entitled to judgment as a matter of law. The grounds for this motion are more fully set forth in the memorandum of law filed herewith.

    THE MEDALLION INSURANCE AGENCIES, INC.
    By its attorneys,


    /s/ Kerry D. Florio
    William D. Chapman, BBO# 551261
    Kerry D. Florio, BBO# 647489
    MELICK, PORTER AND SHEA, LLP
    28 State Street
    Boston, MA 02109
    (617) 523-6200
    kflorio@melicklaw.com

Dated: March 3, 2006

## **CERTIFICATE OF SERVICE**

I, Kerry D. Florio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Kerry D. Florio
Kerry D. Florio

Dated: March 3, 2006