UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04cv12627

```
* * * * * * * * * * * * * * * * * * * *
                                     *
STEPHEN D. CAIAZZO,                  *
                                     *
        Plaintiff,                   *
v.                                   *
                                     *
THE MEDALLION INSURANCE              *
AGENCIES, INC.,                      *
                                     *
        Defendant.                   *
                                     *
* * * * * * * * * * * * * * * * * * * *
```

## 7.1A (2) CERTIFICATE OF CONSULTATION

Pursuant to Rule 7.1(A)(2) of the Local Rules of this Court, I certify that counsel conferred in a good faith attempt to resolve or narrow the issues presented by the defendant's motion, but were unable to do so.

Signed under the pains and penalties of perjury this 3rd day of March, 2006.

The Medallion Insurance Agencies, Inc.
By its attorneys,

/s/ Kerry D. Florio
William D. Chapman, BBO# 551261
Kerry D. Florio, BBO# 647489
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109
(617) 523-6200

## CERTIFICATE OF SERVICE

I, Kerry D. Florio, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


/s/ Kerry D. Florio
Kerry D. Florio


Dated: March 3, 2006