UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,      )<br>     Plaintiff               )<br>                                     )<br>v.                                  )<br>                                     )<br>THE MEDALLION INSURANCE )<br>AGENCIES, INC.,            )<br>     Defendant             )<br>                                     ) | CIVIL ACTION NO.<br>04-12627  RCL |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

The plaintiff, Stephen D. Caiazzo, hereby opposes the motion of the defendant, The Medallion Insurance Agencies, Inc. filed pursuant to F.R.Civ.P., Rule 56 for summary judgment. The grounds for this opposition are that there are genuine disputes as to material facts and that defendant is not entitled to summary judgment as a matter of law.  The grounds for this opposition are more fully set forth in the memorandum of law filed herewith.

By Plaintiff's Attorney,

/s/ Dean Carnahan
DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
51 Newcomb Street
Arlington, MA  02474
(781) 641-2825
ddcarnahan@rcn.com

Dated:  April 3, 2004

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

    I, Dean Carnahan, hereby certify that on this day I served this pleading on defendant by filing through the ECF system which will send the pleading electronically to Kerry D. Florio, Attorney for the Defendant.

Date:  April 3, 2006                                /s/ Dean Carnahan
                                                       DEAN CARNAHAN

B-2274-OTM2

PDF created with pdfFactory trial version www.pdffactory.com