UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,<br>    Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>    Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

### NOTICE OF CHANGE OF ADDRESS

    Please be advised that I, Dean Carnahan, Attorney for the Plaintiff, Stephen D. Caiazzo, now have the new street address set forth below.

                          /s/ Dean Carnahan
                          DEAN CARNAHAN
                          BBO #074580
                          LAW OFFICES OF DEAN CARNAHAN
                          51 Newcomb Street
                          Arlington, MA  02474
                          (781) 641-2825

Date:  April 10, 2006

### CERTIFICATE OF SERVICE

    I, Dean Carnahan, hereby certify that on this day I served this notice on Defendant by filing through the ECF system which will send the pleading electronically to Kerry D. Florio, Attorney for the Defendant.

Date:  April 10, 2006                 /s/ Dean Carnahan
                                          DEAN CARNAHAN

PDF created with pdfFactory trial version www.pdffactory.com

B-2274-NCA

PDF created with pdfFactory trial version www.pdffactory.com