UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN D. CAIAZZO,<br>    Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>    Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

## AFFIDAVIT OF STEPHEN D. CAIAZZO

I, Stephen D. Caiazzo ("Caiazzo"), under oath, state the following:

1.   I am the plaintiff in this action.

2.   On April 12, 2006, after plaintiff's opposition to defendant's summary judgment motion was filed, I located a document in a box in my garage dated 4/12/00 from Assicurazioni Generali insurance company showing property coverage from 2/19/00 to 2/19/01 paid for by one payment of $4,400.00 at inception.

3.   This document shows that property coverage was not part of a package of insurance financed by Standard Funding.

4.   I could not locate this document earlier because it was buried in one of the boxes in my garage and I did not notice it until April 12, 2006.

Signed under the pains and penalties of perjury this 18th day of May 2006.

                                                                 s/s Stephen D. Caiazzo_____
                                                                  Stephen D. Caiazzo

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,<br>    Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>    Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

## AFFIDAVIT OF STEPHEN D. CAIAZZO

I, Stephen D. Caiazzo ("Caiazzo"), under oath, state the following:

1.  I am the plaintiff in this action.

2.  On April 12, 2006, after plaintiff's opposition to defendant's summary judgment motion was filed, I located a document in a box in my garage dated 4/12/00 from Assicurazioni Generali insurance company showing property coverage from 2/19/00 to 2/19/01 paid for by one payment of $4,400.00 at inception.

3.  This document shows that property coverage was not part of a package of insurance financed by Standard Funding.

4.  I could not locate this document earlier because it was buried in one of the boxes in my garage and I did not notice it until April 12, 2006.

Signed under the pains and penalties of perjury this 18th day of May 2006.

                                                 s/s Stephen D. Caiazzo_____
                                               Stephen D. Caiazzo

PDF created with pdfFactory trial version www.pdffactory.com