UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,<br>　　　Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>　　　Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

## PLAINTIFF'S MOTION TO SUBMIT ADDITIONAL EXHIBIT FOR HIS OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION

The plaintiff, Stephen D. Caiazzo ("Caiazzo") hereby moves the Court to allow him to submit and additional exhibit for his opposition to defendant's motion for summary judgment. Caiazzo was unable to locate this document until after the plaintiff's opposition to the summary judgment motion was filed.  *See* Affidavit of Stephen D. Caiazzo, attached hereto.  This document is relevant in that it shows that property coverage for 2/19/00 to 2/19/01 was not part of the package of insurance financed by Standard Funding and that the premium was paid in full at inception.  *See* Affidavit of Stephen D. Caiazzo, attached hereto.

　　　　　　　　　　　　　　　　　　　　By Plaintiff's Attorney,


　　　　　　　　　　　　　　　　　　　　/s/ Dean Carnahan_____
　　　　　　　　　　　　　　　　　　　　DEAN CARNAHAN
　　　　　　　　　　　　　　　　　　　　BBO #074580
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF DEAN CARNAHAN
　　　　　　　　　　　　　　　　　　　　51 Newcomb Street
　　　　　　　　　　　　　　　　　　　　Arlington, MA  02474
Dated: May 18, 2006　　　　　　　　　　(781) 641-2825

PDF created with pdfFactory trial version www.pdffactory.com

Case 1:04-cv-12627-RCL     Document 31     Filed 05/18/2006     Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com