UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STEPHEN D. CAIAZZO,<br>  Plaintiff<br><br>v.<br><br>THE MEDALLION INSURANCE<br>AGENCIES, INC.,<br>  Defendant | CIVIL ACTION NO.<br>04-12627  RCL |

## PLAINTIFF'S NOTICE OF FILING OF EXHIBIT

On June 13, 2006, the Court allowed plaintiff's motion to submit an additional exhibit in opposition to defendant's motion for summary judgment.

This addition exhibit is attached hereto and is a renewal of property coverage for 2/19/00 to 2/19/01 from Assicurazioni Generali insurance company.

By Plaintiff's Attorney,

/s/ Dean Carnahan
DEAN CARNAHAN
BBO #074580
LAW OFFICES OF DEAN CARNAHAN
51 Newcomb Street
Arlington, MA  02474
Dated:  June 26, 2006                    (781) 641-2825

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

      I, Dean Carnahan, hereby certify that a copy of this notice will be served electronically on William D. Chapman, Esquire and on Kerry D. Florio, Esquire, attorneys for the defendant.

Date:  June 26, 2006                   /s/ Dean Carnahan_____
                                               DEAN CARNAHAN

B-2774-NOF

PDF created with pdfFactory trial version www.pdffactory.com

04/12/2006  00:07    2395490628                                                                                      PAGE  20

No. **S007808**  **GENERALI**
Renewal of Number            Assicurazioni Generali
New                          United States Branch
                         One Liberty Plaza, New York, N.Y. 10006

**Item 1.** Named Insured and Mailing Address  (No., Street, Town, County, State, Zip)
Jenna's Pub, Inc. d/b/a
Scuttlebutts                                                International Excess & Treaty
73 Lafayette Street                                         Managers, Inc.
Salem                         MA   01970                    400 Massasoit Avenue - Suite 113
                                                            East Providence, RI 02914
**Item 2.** Policy Period   Years                           401-434-6180
          From  02/19/00  to  02/19/01  12:01 A.M., standard time at the address of the named insured as stated herein.
**Item 3.** The named insured is
          [ ] Individual   [ ] Partnership   [x] Corporation   [ ] Joint Venture   [ ] Other:
**Item 4.** Designated Premises (enter below)                Occupancy of Premises
                                                             Tavern
          No. 1  Same
          No. 2
          No. 3
          [ ] Additional buildings or premises as designated on Supplemental Declarations attach

**Item 5.** Insurance is provided with respect to the designated premises and with respect to those coverages and kinds of property for which a specific limit of liability is shown, subject to all of the terms of this policy including forms and endorsements made a part hereof.

| SECTION I PROPERTY COVERAGE | Building(s) | Personal Property of the Insured | Personal Property of Others | DEDUCTIBLE each occurrence | aggregate each occurrence |
|---|---|---|---|---|---|
| Coinsurance Percentage Applicable | 80 % | 80 % | % | $1,000.00 | |
| Limit of Liability | Loc. No. / Bldg. No. | | | no deductible stated above, the deductible shall b | |
| | 1 / 1 | $150,000.00 | | | |
| | 1 / 1 | $30,000.00 (Improvement & | Betterment) | $100 | $1,000 |
| | 1 / 1 | $2,000.00 (Awning) | | each occurrence | aggregate each occurrence |
| Additional Cov. (Specify) | Earnings per MP1593 | | | | |

**NO FLAT CANCELLATIONS PERMITTED**

| SECTION II LIABILITY COVERAGE | SMP-LIABILITY INSURANCE | | | | Bodily Injury Liability | Property Damage Liability | Premises Medical |
|---|---|---|---|---|---|---|---|
| | Bodily Injury & Property Damage Liability Combined Single Limit | | Premises Medical Payments | | IF NO LIMIT SHOWN FOR SMP- LIABILITY INSURANCE REFER TO COVERAGE PART OR ENDORSEMENT | | |
| Limit of Liability | each occurrence See L6112 | aggregate See L6112 | each person See L6111 | each accident See L6111 | | | |
| Additional Cov. (Specify) | | | | | | | |

Audit Per: Non-Auditable Unless Indicated By an "x".  [x] Annual  [ ] Semi-Annual  [ ] Quarterly  [ ] Monthly  [ ] Other:
[ ] SECTION III - CRIME COVERAGE
[ ] SECTION IV - BOILER AND MACHINERY COVERAGE   } As stated in the endorsement, made part of this Policy, if indicated by [x]

**Item 6.** Forms & Endorsements made part of this policy at time of issue in addition to Special Multi-Peril Policy Conditions & Definitions(insert no.and edition d
IEX-GEMA, MP0107, MP0101
  a. Section I - Forms and Endorsements Only:   IEX-GEMA, MP0107, MP0090, MP0101, MP0014, MP0013, IEX-162, IL0014, MP0420, IEX-154, IEX-160
  b. Section II - Forms and Endorsements Only:  IEX-GEMA, MP9991, MP0093, L6113a, L9194, IEX-161, IEX-129, L6112, L6111, IL0014
  c. Section III - Forms and Endorsements Only:
  d. Section IV - Forms and Endorsements Only:

**Item 7.** Mortgage Clause: Subject to the provisions of the mortgage clause, loss on building items shall be payable to: (Insert Name(s) of Mortgagee(s) & mailing address(es))
Salem Lafayette, LLC c/o Stven Faber, 1238 Washington Street, Canton, MA  02021

**Item 8.** The Total Advance Premium is:  (enter below)
          $4,400.00  , and is payable  $4,400.00  at inception, and  N/A  at each anniversary.
          [ ] NOT APPLICABLE Unless indicated by X in the box as "NOT APPLICABLE", the premium for installments subsequent to the initial installment shall be subject to adjustment on the basis of the rates in effect at each anniversary date.

Countersignature Date    04/12/00                    *Thomas A Kelly*
                                                      Authorized Signature