UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

STEPHEN D. CAIAZZO,
    Plaintiff

v.

THE MEDALLION INSURANCE
AGENCIES, INC.,
    Defendant

CIVIL ACTION NO.
04-12627 RCL

## AFFIDAVIT OF STEPHEN CAIAZZO

I, Stephen D. Caiazzo, under oath, state the following:

1. I am the plaintiff in this action.

2. The loss of property claim in this case consists of my own personal property and of corporate property I purchased from the corporate bankruptcy trustee on November 28, 2001.

3. Attached hereto as Exhibit A is a bill from the Salem Police Department for police details when this property was removed from my bar, Scuttlebutts. I was there on December 3, 2001 and was able to remove some property.

4. I told the appropriate person that I would return to remove the rest of the property. She told me to call her to coordinate a date.

5. I left messages for this person, but she refused or neglected to return my calls. When I finally spoke with her in February 2002, she told me that all of the property had been removed.

6. The Salem Police Department bill shows that a police detail was at Scuttlebutts on December 7 and 12, 2001. Attached as Exhibit B is a bill from W.H. Goodwin Enterprises

showing that property was removed on January 7-10, 2002. All of these property removals were done without my knowledge.

7. The personal property policy terms attached as Exhibit 4 to Plaintiff's Response to Defendant's Statement of Facts are policy documents that I had at my home as part of the insurance documents for the policy year of 2000-2001. I requested Medallion to continue this property coverage for the following year. As I stated in my deposition, I told Medallion to reduce my liquor liability coverage from $1M to $500,000.00 and to cancel my coverage for business interruption in order to maintain this property coverage.

Signed under the pains and penalties of perjury this 25 day of September 2006.

_____
Stephen D. Caiazzo

B-2274-PA

```
FROM: SALEM POLICE DEPT
      P.O. 3005
      SALEM MA,  01970
      ADDRESS THREE
```

01/02/02

```
      386

TO: HARBOR REALTIY TRUST
    111 DERBY ST
    SALEM,MA 01970
```

                         *** DETAIL INVOICE ***

| date     | inv#  | hours | officer        | total  | paid | bal    |
|----------|-------|-------|----------------|--------|------|--------|
| 12/03/01 | 32003 | 4.00  | 88 SGT DACY    | 124.00 |      | 124.00 |
| 12/07/01 | 32112 | 4.00  | 69 PTL SALVO   | 124.00 |      | 124.00 |
| 12/12/01 | 32162 | 8.00  | 44 PTL SIERRA  | 248.00 |      | 248.00 |

                                                   TOTAL:  496.00

PLEASE MAKE CHECK PAYABLE TO THE CITY OF SALEM AND SEND IT WITH A
COPY OF THIS INVOICE TO THE ABOVE ADDRESS MADE TO THE ATTENTION OF
OFFICER EMELIAN. INVOICES ARE NET 30 DAYS, 31-60 ADD $5.00.
61-120 ADD 7%.

                                    THANK YOU

*paid ck 7578*
*4-2-02*

(978) 740-9376
(781) 608-3859

INVOICE

**W.H. GOODWIN ENTERPRISES**
P.O. Box 1398
Marblehead, MA 01945-3303

1/10/02 20___

SOLD TO: H.R.PM
Bev. Co-op (Scuttle Butts - Clean-up)
73 Lafayette St
Salem

TERMS:

NO. _____

| DATE | JOB DESCRIPTION | LABOR | AMOUNT |
|---|---|---|---|
| 1/7/02 | 1 MAN | 4. hr | |
| 1/8/02 | 2 men | 10 hr | |
| 1/9/02 | 1 MAN | 14 hr | |
| 1/10/02 | 3 MEN | 18 hr | |
| | * Estimate of 34 hrs | 46 hrs | $2070.⁰⁰ |
| | Actual labor time 46 man hours | | |
| | Better Relations with Logistics with Regards | | |
| | TO Dumpster Placement would have | ·Cleaning Supplies | |
| | Kept us In our Time Frame | | $73.⁰⁰ |

terms 7 days - a finance charge of 1 1/2% if not paid on time - thank you

Total Amount Due $2143