UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN D. CAIAZZO,         )<br>                             )<br>        Plaintiff,          )<br>                             )<br> v.                          )  CIVIL ACTION NO.:<br>                             )  1: 04CV12627<br> THE MEDALLION INSURANCE     )<br> AGENCIES, INC.,             )<br>                             )<br>        Defendants.          )<br>                             ) | |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter a notice of appearance for Kathleen A. Bugden as counsel of record for the defendant, The Medallion Insurance Agencies, Inc., in the above-captioned matter.

Respectfully Submitted,

/s/ Kathleen A. Bugden
Kathleen A. Bugden, BBO# 662498
Melick, Porter & Shea, LLP
28 State Street, Floor 22
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Dated: February 23, 2007

## CERTIFICATE OF SERVICE

I, Kathleen A. Bugden, hereby certify that on this day, I forwarded notice of the foregoing document(s) by filing electronically a copy to the following:

> Dean Carnahan, Esq.
> Law Offices of Dean Carnahan
> 51 Newcomb Street
> Arlington, MA 02474

/s/ Kathleen A. Bugden
_____
Kathleen A. Bugden

Dated: February 23, 2007

2