UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>STEPHEN D. CAIAZZO</u>
        Plaintiff(s)

v.          CIVIL ACTION NO.<u>**04-12627-RCL**</u>

<u>THE MEDALLION INSURANCE
AGENCIES, INC.</u>
        Defendant(s)

<u>**JUDGMENT IN A CIVIL CASE**</u>

<u>LINDSAY, D.J.</u>

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendant The Medallion Insurance Agencies, Inc.

        Sarah A. Thornton, Clerk

Dated: <u>February 27, 2007</u>      <u>/s/ Lisa M. Hourihan</u>
        ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is <u>   </u>%.

(judgciv.frm - 10/96)     [jgm.]